# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br><br>CHRISTOPHER DONNELLY<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)        24-mj-39<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __03/26/2024__ in the Parish of __Orleans__ in the __Eastern__ District of __Louisiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113(a) | Bank Robbery |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

*/s/ Matthew Strickland*
Complainant's signature

Matthew Strickland, Special Agent, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: March 26, 2024

Judge's signature

City and state: New Orleans, Louisiana          Hon. Janis van Meerveld, U.S. Magistrate Judge
Printed name and title

___Fee___
___Process___ 2cc:USM
___Dktd___
___CtRmDep___
___Doc. No___

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES** | * | **CRIMINAL NO. 24-39** |
| **v.** | * | **SECTION: MAG** |
| **CHRISTOPHER DONNELLY** | * | |

\* \* \*

### AFFIDAVIT IN SUPPORT OF
### AN APPLICATION FOR A COMPLAINT

I, Matthew Strickland, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI"). I am currently assigned to the New Orleans Violent Crime Task Force ("Task Force"). In that role my primary duties involve investigating fugitive matters, armed robberies, extortions, gang activity, violent offenses, and drug trafficking. I started my law enforcement career as a patrolman in Hattiesburg, Mississippi from 2016 to 2019. In that position, I effectuated hundreds of arrests and conducted a variety of investigations. I accepted a position with the FBI in October of 2019 and attended five months of Special Agent training in Quantico, Virginia. Since then, I have been assigned to the New Orleans Field Office.

2. The information contained in this Affidavit is based on my personal knowledge as well as information provided to me by other agents and witnesses. The facts set forth in this affidavit have either been observed directly by me or relayed to me by assisting agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## ATTEMPTED BANK ROBBERY

3. On March 26th, 2024, the Federal Bureau of Investigation (FBI) New Orleans Violent Crime Task Force (NOVCTF) responded to a bank robbery that occurred at Capital One Bank, 2700 S. Claiborne Ave., Suite 100, New Orleans, LA 70125. The robbery suspect, a white male clad in torn blue jeans, a black shirt bearing a white Nike logo, a black head covering, and white/green shoes, later identified as **CHRISTOPHER ANTHONY DONNELLY** (DOB 05/15/1978; hereinafter referred to as "**CD**"), entered the bank at approximately 12:10 p.m. and presented a demand note to the victim teller located at teller window 2 (hereinafter referred to as "**VT**"). The demand note, composed on a Capital One Withdrawal Ticket read: "$1,000.00 OR YOUR LIFE U DECIDE?". After passing the demand note to the **VT**, **CD** stayed in the lobby of the bank. While waiting, Police Officers with the New Orleans Police Department (NOPD) responded and took **CD** into custody.

## INTERVIEW OF VICTIM TELLER

4. After **CD** was taken into custody, Investigators interviewed the **VT** in reference to the attempted bank robbery. The **VT** advised that they were working at teller station 2 when **CD** entered the bank and proceeded to the desk containing deposit slips. The **VT** observed **CD** write something while at the desk and then proceed to their teller window. At that time, **CD** presented the previously referenced demand note. The **VT** read the note and retreated to an area behind the teller stations, activated the silent alarm, and alerted her co-workers and security. NOPD Police Officers responded shortly after and took **CD** into custody. The **VT** confirmed that **CD** was the individual who presented the demand note to them.

## PROBABLE CAUSE FOR ARREST

5. Based on the facts presented above, namely, that Christopher Anthony Donnelly entered into the Capital One Bank located at 2700 S. Claiborne Ave., Suite 100, New Orleans, LA 70125, composed a demand note and passed said demand note to the **VT**, threatening the **VT**'s life if the demands were not met, and shortly after was apprehended by NOPD Officers in the bank lobby, your affiant believes probable cause exists for the issuance of a warrant based on Donnelly's violation of Title 18, United States Code, Section 2113(a).

/s/ Matthew Strickland
Matthew Strickland
Special Agent
Federal Bureau of Investigation

Pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3), the undersigned judicial officer has on this date considered the information communicated by reliable electronic means in considering whether a complaint, warrant, or summons will issue. In doing so, I have placed the affiant under oath, and the affiant has confirmed that the signatures on the complaint, warrant, or summons and affidavit are those of the affiant, that the document received by me is a correct and complete copy of the document submitted by the affiant, and that the information contained in the complaint, warrant, or summons and affidavit is true and correct to the best of the affiant's knowledge.

Sworn to and subscribed before me
this  26th  day of March, 2024,
New Orleans, Louisiana.

_____
HONORABLE JANIS VAN MEERVELD
UNITED STATES MAGISTRATE JUDGE

3